UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARYL JACKSON,

    Petitioner,

v.                                         Case No. 5:16cv301-LC-CJK

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 12, 2018. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 21) is adopted and incorporated by reference in this order.

2.  The amended petition for writ of habeas corpus (doc. 6), challenging the judgment of conviction and sentence in *State of Florida v. Daryl Alexander Jackson*, Bay County Circuit Court Case No. 2011-CF-884, is DENIED.

3.  The clerk is directed to close the file.

4.  A certificate of appealability is DENIED.

**ORDERED** on this 16th day of July, 2018.

           s/*L.A. Collier*
           **LACEY A. COLLIER**
           **SENIOR UNITED STATES DISTRICT JUDGE**